IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| TEA PARTY PATRIOTS, INC., ) | |
| ) | Case No. 1:14-cv-00615-RDM |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| INTERNAL REVENUE SERVICE, ) | |
| DEPARTMENT OF THE TREASURY ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate and agree to dismiss this action with prejudice, with each party to bear its own costs, attorney fees, and expenses.

DATE: January 29, 2016                                            Respectfully submitted,

CAROLINE D. CIRAOLO
Acting Assistant Attorney General


/s/ Geoffrey J. Klimas                                             /s/ Cleta Mitchell (with permission)
GEOFFREY J. KLIMAS                                         CLETA MITCHELL
Trial Attorney, Tax Division                                  WILLIAM DAVIS
U.S. Department of Justice                                   MATTHEW D. GUTIERREZ
Post Office Box 227                                              Foley & Lardner LLP
Ben Franklin Station                                             Washington Harbour
Washington, D.C. 20044                                      3000 K Street, NW, Sixth Floor
Tel: (202) 307-6346                                              Washington, D.C. 20007-5109
Facsimile: (202) 514-6866                                   CM Tel: (202) 672-5300
Email: geoffrey.j.klimas@usdoj.gov                 Facsimile: (202) 672-5399

*Counsel for the Defendants*                                *Counsel for the Plaintiff*

OF COUNSEL:
CHANNING D. PHILLIPS
United States Attorney

## **CERTIFICATE OF SERVICE**

I certify that I caused a true and correct copy of the foregoing JOINT STIPULATION OF DISMISSAL to be served on Plaintiff's counsel via the Court's electronic case filing system this 29th day of January, 2016.

/s/ Geoffrey J. Klimas
GEOFFREY J. KLIMAS